IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| GABRIEL P. DIAZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) ) ) |
| Defendant. | ) Civil Action No. 6:06-CV-024-C<br>) ECF |

### ORDER OF DISMISSAL

**THIS MATTER** comes before the court on the Report and Recommendation filed April 9, 2007 (Doc. 19). Neither party has filed objections within the period specified in 28 U.S.C. § 636(b)(1).

**WHEREFORE,**

**IT IS HEREBY ORDERED** that the Report and Recommendation is adopted by the court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is affirmed and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a Judgment in accordance with the terms of this order shall be entered forthwith.

Dated June 18, 2007.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE